UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :
                                    :       NOTICE OF INTENT
       - v. -                       :       TO FILE AN INFORMATION
                                    :
FEI LIN,                            :
                                    :       Sweet, J.
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - -x

**ORIGINAL**
**07 CRIM. 368**

JUDGE SWEET

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          ~~March~~ 10, 2007
          April

                                MICHAEL J. GARCIA
                                United States Attorney

                        By:     _____
                                W.S. WILSON LEUNG
                                Assistant United States Attorney

                                AGREED AND CONSENTED TO:

                        By:     _____
                                SCOTT TULMAN, ESQ.
                                Attorney for FEI LIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/19/07

TOTAL P.011

4/19/07  W/TEEL A