UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

    - v. -                       :   07CRIM. 368

FEI LIN,                          :

        Defendant.            :

- - - - - - - - - - - - - - - - - -x

        FEI LIN, the above-named defendant, who is accused of having: (1) conspired to engage in the sale of contraband cigarettes, in violation of 18 U.S.C. § 371; and (2) engaged in the sale of contraband cigarettes, in violation of 18 U.S.C. §§ 2342(a), 2344(a), and 2; being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:  New York, New York
       April 27, 2007

                                              _Lin Fei_____
                                              FEI LIN

                                              SCOTT TULMAN, ESQ.
                                              Counsel for FEI LIN

                                              Debbie Smith
                                              Witness

[Stamp: JUDGE SWEET]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC # ___ APR 27 2007]