UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                              :
UNITED STATES OF AMERICA     :
                              :
    - v. -                :    ORDER
                              :
FEI LIN,                      :    07 Cr. 368 (RWS)
                              :
        Defendant.       :
                              :
- - - - - - - - - - - - - - - - - -x

    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable Ronald L. Ellis, United States Magistrate Judge, on April 27, 2007;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
          May 2, 2007

                                          HON. ROBERT W. SWEET
                                          UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/07