

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

## Petition for Warrant
## with Attached Request for
## Court Action Direction Detailing Probable Cause

Releasee: Lin , Fei                                                    Docket Number: 07 CR 368-01 (RWS)

Sentencing Judge: Honorable Robert W. Sweet , Sr. U.S. District Judge

Date of Original Sentence:    October 1, 2007

Original Offense:    Conspiracy to Sell Contraband Cigarettes, 18 USC 371, a Class D Felony; Engaging in the Sale of Contraband Cigarettes, 18 USC 2342(a), 2344(a), and 2, a Class D Felony.

Original Sentence:    Time Served (Eight (8) Months Imprisonment) followed by a Two (2) Year Term of Supervised Release.

Type of Supervision:    Supervised Release        Date Supervision Commenced:    October 1, 2007

### PETITIONING THE COURT TO ISSUE A WARRANT

The releasee has not complied with the following condition(s) of supervision:

Nature of Noncompliance

1    ON OR ABOUT NOVEMBER 8, 2007 THE RELEASEE FAILED TO REPORT TO THE U.S. PROBATION OFFICER AS DIRECTED IN THAT HE FAILED TO REPORT TO THE PROBATION DEPARTMENT ON NOVEMBER 8, 2007, AND ANYTIME THEREAFTER. CONDITION #2, GRADE C VIOLATION.

2    ON OR ABOUT NOVEMBER 8, 2007, THE RELEASEE FAILED TO NOTIFY THE PROBATION OFFICER OF A CHANGE IN RESIDENCE IN THAT THE RELEASEE CHANGED HIS RESIDENCE WITHOUT PRIOR NOTIFICATION TO THE PROBATION DEPARTMENT. CONDITION # 6, GRADE C VIOLATION.

U.S. Probation Officer Recommendation:

The term of supervision should be:

[x]     Revoked

        Extended for year(s), for a total term of years.

The conditions of supervision should be modified as follows:

**I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)**

                                                Respectfully submitted,

                                                Chris J. Stanton
                                                Chief U.S. Probation Officer

                                                George L. Olivares
                                                U.S. Probation Officer
                                                212-805 5133

Approved By:

_____
Peter A. Merrigan    Date
Supervising U.S. Probation Officer

(Rev. eVOP 12/06/07)

Lin , Fei
07 CR 368-01 (RWS)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[ ] The Issuance of a Summons
       The Releasee is directed to appear as follows:

       Date: _____
       Time: _____
       Place: _____

[✓] The Issuance of a Warrant
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Other

_____
Signature of Judicial Officer

4.29.08
_____
Date

(Rev. eVOP 12/06/07)